IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | * | CASE NO. 1:10-CV-01775 Assigned to:  Henry H. Kennedy, Jr. |
| | * | |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, et al. | * | |
| | | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**FIDELITY & DEPOSIT COMPANY OF MARYLAND'S**
**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Certificate required by LCvR7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Fidelity & Deposit Company of Maryland, certify that to the best of my knowledge and belief, Fidelity & Deposit Company of Maryland is a wholly owned subsidiary of Zurich American Insurance Company, a New York Corporation.  Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware Corporation. Zurich Holding Company of America, Inc. is  99.8711% owned directly by Zurich Insurance Company, Ltd, a Swiss Corporation, with the remaining shares indirectly owned by Zurich Insurance Company, Ltd.  Zurich Insurance Company, Ltd. is directly owned by Zurich Financial Services, Ltd., a Swiss Corporation.   Zurich Financial Services, Ltd. is the only publicly traded parent company with a listing on the Swiss stock exchange and a further trading of American Depositary Receipts.

_____ /s/ _____
Cynthia E. Rodgers-Waire
DC Bar No. 444095
Wright, Constable & Skeen, LLP
100 North Charles Street
Baltimore, MD  21201
410-659-1310
Fax: 410-659-1350
crodgers-waire@wcslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd day of December, 2010, copies of Fidelity & Deposit Company of Maryland's Disclosure of Affiliations and Financial Interest were sent via electronic filing and/or by first class, prepaid postage, to:

Matthew J. Schlesinger, Esquire
Michael B. Roberts, Esquire
Reed Smith, LLP
1301 K Street, N.W., Suite 1100, East Tower
Washington, DC  20005
Attorneys for Federal National Mortgage Association

Edward T. Stork, Esquire
Susan K. Sullivan, Esquire
Sedgwick, Detert, Moran & Arnold, LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5558
Attorneys for Certain Underwriters at Lloyd's, London

Wallace A. Christensen, Esquire
Patrick F. Hofer, esquire
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, DC  20004-2134
Attorneys for Federal Insurance Company

Patrick M. Pike, Esquire
Pike & Gilliss, LLC
9475 Deereco Road, Suite 300
Timonium, MD  21093
Attorney for Continental Insurance Company and St. Paul Mercury Insurance Co.

Charles A. Jones, Esquire
Michael Kenneth, Esquire
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, DC  20004-2134
Attorneys for US Specialty Insurance Co.

Martin L. Fenik, Esquire
Franzblau Dratch, PC
354 Eisenhower Parkway
Livingston, NJ  07039
Attorneys for Great American Insurance Company

Kevin Mattessich, Esquire
Kaufman Dolowich Voluck & Gonzo, LLP
100 William Street, Suite 215
New York, NY  10038
Attorney for Liberty Mutual Insurance Company

_____/s/_____
Cynthia E. Rodgers-Waire

252771