**FILED**

**NOV 18 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET Al.<br><br>*Defendants*. | Case No.: 1:10-cv-01775 (BAH) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LIBERTY MUTUAL INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AND FIDELITY & DEPOSIT COMPANY OF MARYLAND

**WHEREAS**, on October 20, 2010, Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") filed its Complaint in this action.

**WHEREAS**, on November 12, 2010, Fannie Mae filed an Amended Complaint.

**WHEREAS**, the Amended Complaint names LIBERTY MUTUAL INSURANCE COMPANY ("Liberty"), ZURICH AMERICAN INSURANCE COMPANY ("Zurich") and FIDELITY & DEPOSIT COMPANY OF MARYLAND ("F&D") among the Defendants to this action.

**WHEREAS**, as alleged in the Amended Complaint, Liberty, Zurich and F&D each "provide[d] excess-level coverage under Fannie Mae's Financial Institution Bond."

**WHEREAS**, the Amended Complaint identifies Liberty, Zurich and F&D as among those Defendant-insurers subscribing to the Fourth-Level Excess Policy Layer, which provides a

1

total of $50 million in coverage in excess of $115 million in underlying deductible and insurance, based upon the following subscriptions: (1) Liberty (Policy No. FI4N466369003) - $10 million; (2) Zurich (Policy No. FID967488902) - $12.5 million; and (3) F&D (Policy No. FIB000647102) - $7.5 million.

**WHEREAS**, the Amended Complaint alleges "the amount of Fannie Mae's current potential loss is in excess of $104 million plus continuing defense costs."

**WHEREAS**, since filing the Amended Complaint, Fannie Mae has reached confidential settlement terms with certain of the credit unions the Amended Complaint identifies as being part of ongoing litigation with Fannie Mae. Those confidential settlements have reduced "the amount of Fannie Mae's current potential loss."

**WHEREAS**, based upon current information, the parties agree there is sufficient certainty at this point that the Fourth-Level Excess Layer of insurance coverage is not likely to be impacted by Fannie Mae's claim for coverage under the Financial Institution Bond.

**WHEREAS**, Fannie Mae, Liberty, Zurich and F&D have agreed that is appropriate to dismiss Liberty, Zurich and F&D without prejudice, subject to certain conditions set forth below.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, that the Amended Complaint and all claims asserted in this litigation as against Defendants Liberty, Zurich and F&D are, and the same hereby be, dismissed without prejudice and without costs.

**IT IS FURTHER STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, that Liberty, Zurich and F&D agree to be bound by determinations made

by the Court in this action, insofar as such determinations do not specifically concern any rights or interests unique in any way to Liberty, Zurich or F&D.

**IT IS FURTHER STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, that, in the event Fannie Mae is granted leave to file or otherwise asserts a further amended pleading reinstituting Liberty, Zurich or F&D as Defendants in this action, Liberty, Zurich and F&D agree not to seek duplication of any discovery provided by or exchanged between Fannie Mae and the remaining Defendants to this action. In this regard, the parties to this Stipulation acknowledge there may be some very limited amount of discovery required of them in the event Liberty, Zurich or F&D are brought back into this litigation.

**IT IS FURTHER STIPULATED AND AGREED**, by and among the undersigned counsel for the parties, that with respect to Fannie Mae's fidelity bond claim that is the subject of this litigation, all time-related defenses, including but not limited to statutes of limitation, statutes of repose, laches, waiver, estoppel and any other defense based on any alleged failure to institute, commence or advance legal proceedings within any specified time period, before a specified date, or before the happening of a specified event (collectively, the "Timing Defenses") are tolled as of the date Fannie Mae filed its Complaint in this action, October 20, 2010. The running of any Timing Defense will be tolled during the pendency of this litigation, and the time during which the Timing Defenses are tolled shall not be counted towards the calculation or running of any Timing Defense. The tolling of the Timing Defenses shall apply, without limitation, to any and all contractual provisions and any and all statutes, regulations or other rules of law which limit the period in which any action may be commenced, without regard to the basis for such action. This Stipulation does not apply to any Timing Defenses, if any, which applied prior to the filing of the Complaint on October 20, 2010.

Dated: November 15, 2011

| | |
|---|---|
| REED SMITH, LLP | KAUFMAN DOLOWICH VOLUCK & GONZO, LLP |

| | | | |
|---|---|---|---|
| /s/ Matthew J. Schlesinger | | /s/ Patrick M. Kennell | |
| By: | Matthew J. Schlesinger<br>Email: mschlesinger@reedsmith.com | By: | Kevin M. Mattessich *(Pro Hac Vice)*<br>Email: kmattessich@kdvglaw.com |
| | Michael Bertrand Roberts<br>Email: mroberts@reedsmith.com | | Patrick M. Kennell *(Pro Hac Vice)*<br>Email: pkennell@kdvglaw.com |

| | |
|---|---|
| 1301 K Street, NW<br>Suite 1100, East Tower<br>Washington, District of Columbia 20005<br>Phone: (202) 414-9200<br>Facsimile: Facsimile: (202) 414-9299 | 100 William Street<br>Suite 215<br>New York, New York 10038<br>Phone: (212) 485-9600<br>Facsimile: (212) 485-9700 |
| *Attorneys for Plaintiff*<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION | *Attorneys for Defendant*<br>LIBERTY MUTUAL INSURANCE COMPANY |

WRIGHT, CONSTABLE & SKEEN

    /s/ Cynthia E. Rodgers-Waire
By:    Cynthia E. Rodgers-Waire
        Email: crodgers-waire@scslaw.com

One Charles Center, 16th Floor
100 North Charles Street
Baltimore, Maryland 21201
Phone: (410) 659-1310
Facsimile: (410) 659-1350

*Attorneys for Defendants*
ZURICH AMERICAN INSURANCE
COMPANY and FIDELITY & DEPOSIT
COMPANY OF MARYLAND

So Ordered: _____/s/ Beryl A. Howell_____    Date: 11/17/2011
Hon. Beryl A. Howell, U.S.D.J