UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    *Plaintiff*,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al.<br><br>    *Defendants*. | Case No.: 1:10-cv-01775 (BAH) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Federal National Mortgage Association, with the consent of all Defendants, hereby dismisses this Action in its entirety, <u>with prejudice</u>, each party to bear its own attorney's fees and costs.   All rights of appeal are hereby waived.

IT IS SO STIPULATED this 12th day of April, 2012.

Dated:  April 12, 2012

                                                                 Respectfully submitted,

                                                              /s/ Matthew J. Schlesinger
                                        Matthew J. Schlesinger  (D.C. Bar. No. 429689)
                                        Michael B. Roberts (D.C. Bar No. 976409)
                                        REED SMITH LLP
                                        1301 K Street, N.W.
                                        East Tower – Suite 1100
                                        Washington, D.C. 20005-3373
                                        Telephone:  202.414.9200
                                        Facsimile:  202.414.9299
                                        mschlesinger@reedsmith.com
                                        mroberts@reedsmith.com

                                        *Counsel for Federal National Mortgage Association*

   /s/  Susan Koehler Sullivan
Susan Koehler Sullivan (Pro Hac Vice)
Edward T. Stork (Pro Hac Vice)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017
Telephone:  213.426.6900
Facsimile:  213.426.6921
edward.stork@sedgwicklaw.com
susan.sullivan@sedgwicklaw.com


John J. Hathway (D.C. Bar No. 412664)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, Suite 400
Washington, D.C. 20036-5405
Telephone:  202.659.6800
Facsimile:  202.331.0573
jhathway@wtplaw.com

*Counsel for Defendants Certain Underwriters at Lloyd's, London*


   /s/  Wallace A. Christensen
Wallace A. Christensen (D.C. Bar No. 235150)
Patrick F. Hofer (D.C. Bar No. 412665)
TROUTMAN SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone:  202.274.2950
Facsimile:  202.274.2994

*Counsel for Defendant Federal Insurance Company*


   /s/ Charles A. Jones
Charles A. Jones (D.C. Bar. No. 449127)
Michael Kenneth (D.C. Bar. No. 976663)
TROUTMAN SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, D.C. 20004-2134
TonyJones@troutmansanders.com
Michael.Kenneth @troutmansanders.com

*Counsel for U.S. Specialty Insurance Company*

    /s/  David D. Gilliss
―――――――――――――――――――
Patrick M. Pike (USDC D.C. Bar No. M04750)
David D. Gilliss (USDC D.C. Bar No. M05174)
Sean P. Foley (USDC D.C. Bar No. 479580)
PIKE & GILLISS, LLC
9475 Deereco Road, Suite 300
Timonium, MD  21093
Telephone:  443.761.6500
Facsimile:  443.761.6510
Gilliss@PikeGilliss.com
sfoley@PikeGilliss.com

*Counsel for Defendants Continental Insurance Company* and *St. Paul Mercury Insurance Company*


    /s/  Martin L. Fenik
―――――――――――――――――――
F. Joseph Nealon (D.C. Bar No. 218966)
Jeffrey W. Larroca (D.C. Bar No. 453718)
William D. Ledoux, Jr. (D.C. Bar No. 989315)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C. 20006
Telephone:  202.659.6609
Facsimile:  202.659.6699
wledoux@eckertseamans.com

Martin L. Fenik, Esq.
Stephen N. Dratch, Esq.
FRANZBLAU DRATCH, P.C.
354 Eisenhower Parkway
Livingston, NJ 07039
Telephone:  973.992.3700
Facsimile:  973.992.7945
sdratch@njcounsel.com
*Admitted Pro Hac Vice*

*Counsel for Defendant Great American Insurance Company*